STATE OF LOUISIANA                     NO. 25-KH-404

VERSUS                                 FIFTH CIRCUIT

LEROY TATE                             COURT OF APPEAL

                                       STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

September 24, 2025

Linda Tran
First Deputy Clerk

**IN RE** LEROY TATE

_____

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NANCY A. MILLER, DIVISION "I", NUMBER 19-5265

_____

Panel composed of Judges Susan M. Chehardy,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

Relator, Leroy Tate, seeks review of the district court's denial of his application for post-conviction relief.  For the reasons stated more fully below, we deny relator's writ application.

On January 26, 2022, a jury found relator guilty of one count of attempted second degree kidnapping and two counts of simple robbery.  On February 14, 2022, the trial court sentenced relator to fifteen years imprisonment at hard labor on the attempted second degree kidnapping count and seven years imprisonment at hard labor on each count of simple robbery, with all sentences to run concurrently. On April 26, 2023, this Court affirmed relator's convictions and his sentences on the two counts of simple robbery but remanded the matter for resentencing on the attempted second degree kidnapping count.  *State v. Tate*, 22-367 (La. App. 5 Cir. 4/26/23), 361 So.3d 1169.  Relator did not file a writ application with the Louisiana Supreme Court.

On May 28, 2025, relator filed his second APCR with the district court. Relator alleged that the APCR was timely under La. C.Cr.P. art. 930.8, because he

25-KH-404

recently discovered new facts after he received his court-appointed lawyer's file. Relator raised claims of ineffective assistance of counsel alleging that his lawyer failed to file a motion to quash and had a conflict of interest. He also asserted that the trial court prevented him from representing himself at trial[1] and that he was denied equal protection of the law because the State did not pursue charges against the victim. On June 25, 2025, the district court denied relator's APCR finding that despite relator's "attempts to escape the mandatory time bar by asserting due diligence in his collection of information," none of his claims have merit. The trial court further found that relator's claims are procedurally barred as successive pursuant to La. C.Cr.P. art. 930.4.

After reviewing relator's writ application, we find that his claims are untimely and agree with the trial court that they are successive. The information that relator points to from his lawyer's file, questioning whether a basis existed to file a motion to quash on prescription or double jeopardy grounds, does not constitute "facts that were not known to the petitioner or his prior attorneys." Further, relator provides no evidence or legal arguments to support a finding that a motion to quash would have been granted. The district court conducted a thorough review of the merits of all of relator's claims and correctly found that he failed to prove he is entitled to any relief.

Accordingly, we find that the district court did not err in denying relator's APCR. This writ application is denied.

Gretna, Louisiana, this 24th day of September, 2025.

SUS
SMC
TSM

---

[1] In his writ application, defendant now contends that he intended for this argument to be an ineffective assistance of counsel claim. However, we are not a court of first impression and do not review new claims in the first instance. Further, relator does not point to evidence that would support an ineffective assistance of counsel claim on the issue.

2

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/24/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-404**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Leroy Tate #311797 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426